IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| IN RE: VIRGINIA A. WEEMS | CASE NO. 4:22-12738 |
| DEBTOR(S) | CHAPTER 13 |

ORDER GRANTING MOTION FOR DEBTOR REFUND FROM TRUSTEE

Now before the Court is Debtor's Motion for Refund. The Court finds as follows:

1. The debtor filed for relief under the provisions of Chapter 13 of the United States Bankruptcy Code on October 5, 2022.

2. The debtor is seeking Court approval to obtain a refund from the Chapter 13 Trustee in the amount of $17,151.57. These funds are on hand at the Trustee's Office and are from a settlement of a personal injury claim of the debtor.

3. Debtor scheduled the claim and exempted the proceeds pursuant to 11 USC § (d)(11)(D).

4. No objections to the claim of exemptions were filed by any creditor or party in interest.

5. Debtor has been and continues to be subject to ongoing medical issues as a result of the actions that were the subject of the claim.

6. The settlement amount is needed by the debtor to pay for ongoing medical treatment and is not disposable income and they are reasonably necessary.

7. During the course of litigation Frontier Legal Funding provided $9,000 to debtor to assist in the offset these costs during litigation.

8. Debtor filed her Motion for Refund along with a Motion to Shorten Time to Object on May 22, 2025.

9. On May 22, 2025 the Court entered an Order Shortening Time to Object to seven (7) days.

10. After proper Notice there has been no objection or response from any creditor or party in interest.

11. Debtor's Motion is GRANTED.

12. The Chapter 13 Trustee shall disburse $9,000.00 to debtor's approved special counsel, Wilentz Law Firm, to be paid to Frontier Legal Funding by Wilentz law Firm. The remaining funds shall be disbursed to debtor.

IT IS SO ORDERED

_____
**Hon. Richard D. Taylor**
**United States Bankruptcy Judge**

Dated: June 2, 2025

**/s/ John Mallory for**
**Mark T. McCarty, Trustee**