GO11-26(b)/ TG        / 86

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:  Virginia A Weems                                CASE NO:   4:22-bk-12738 T
                                                        Chapter 13

CHAPTER 13 ORDER OF COMPENSATION
FOR ADDITIONAL SERVICES

Before the court is the Application for Compensation for Additional Services filed by the Debtor's counsel, KENT PRAY, on 06/03/2025, Docket Entry [63], for additional services and/or costs. The court finds that the application should be, and hereby is, approved. The Trustee is directed to pay the amount of $310.50 pursuant to 11 U.S.C. § 1326.

IT IS SO ORDERED.

Date:    06/30/2025                                     /s/  Richard D. Taylor
                                                        Richard D. Taylor
                                                        U.S. Bankruptcy Judge

Approved by:

/s/  Mark T. McCarty
Mark T. McCarty
Chapter 13 Standing Trustee

Comments:
#57 5/22/2025 MTN TO INCUR